449 A.2d 1388

**COMMONWEALTH of Pennsylvania**

v.

**Eugene GRAY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided Sept. 24, 1982.

Ronald Ervais, (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Sarah Vandenbraak, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## OPINION

PER CURIAM.

Judgments of sentence affirmed.